UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL S. PEDEN, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>HENRY ELECTRIC, INC., )<br>    Defendant. ) | CASE NO. 1:13-CV-00335-RLM-RBC |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by counsel, stipulate and agree that the above cause should be dismissed with prejudice as to all claims made by the Plaintiff for the reason that the parties have fully compromised and settled the disputes and differences between them.

Dated: October 23, 2014

/s/ Christopher C, Myers
Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
Counsel for Plaintiff

Dated: October 23, 2014

/s/ Linda A. Polley
Linda A. Polley, #10897-02
Michelle K. Floyd, #29249-02
Hunt Suedhoff Kalamaros LLP
803 South Calhoun Street
PO Box 11489
Fort Wayne, IN 46858-1489
Telephone: (260) 423-1311
Facsimile: (260) 424-5396
Counsel for Defendant